Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### _Southern_ District of __Florida__

_____ Division

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Jennifer Hines**
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

**Carington Manor**
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

FILED BY_____D.C.

AUG 03 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## COMPLAINT FOR A CIVIL CASE

I.      The Parties to This Complaint

A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

Name            **Jennifer Hines**
Street Address  **P.O. Box 8617**
City and County **Delray Beach, Fl.**
State and Zip Code **33482**
Telephone Number **(954) 366-8115**
E-mail Address  **Hinesjennifer941@gmail.com**

B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title (if known).  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Carington Manor
Resident Aide
3215 E. James Lee Blvd.
32539
Crestview, Fl. 32539
(850) 423-1228

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
   The plaintiff, *(name)* Jennifer Hines , is a citizen of the
   State of *(name)* Florida .

   b.   If the plaintiff is a corporation
   The plaintiff, *(name)* _____ , is incorporated
   under the laws of the State of *(name)* _____ ,
   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
   The defendant, *(name)* _____ , is a citizen of
   the State of *(name)* _____ . Or is a citizen of
   *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* Carington Manor, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* Crestview, Al.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

When I got a job at Carington Manor, I worked there the employees bullied me, called me racist names, wanted to fight me, lied on me, harrassed me, told me I was gonna get fired for no reason & they fired me, didn't listen to me & I asked why I got fired they said Ms. April, I don't have to tell you, You fired I I have migraine headaches

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I LOVED the Job.

Still on depression pills for anxiety, stress I'm asking for $150,000

I was stressed, I had to take anxiety pills, My heart started racing, low self esteem, afraid, My health started decreasing, I was treated very unfairly for no reason The patients loved me, but The Administrator, employees, owner didn't like me, I told the Adminstration, She didn't listen & took Sides with the employees, Very bad time I had at this job, Still depressed, crying constantly

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8/1/26

Signature of Plaintiff    *Jennifer Hines*

Printed Name of Plaintiff    *Jennifer Hines*

### B.   For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

**EARNINGS STATEMENT IMPORTANT - KEEP FOR YOUR RECORDS**      **Mail to Employee**                    **EmpHire Madison**

Name: **Jennifer A Hines**                          Check Date: 07/16/26     Check #:46015276                    8320 W Sunrise Blvd.
1117 nw 5 court                    SSN: ###-##-4494 EE ID: 829999 Branch: 456-Plantation                    Plantation, FL 33322
Fort Lauderdale, FL 33311                                                                                          (954) 424-3173

| Week Worked | Customer - Department | Type | Hours | Pay Rate | Total Pay | YTD Hrs | YTD Pay |
|---|---|---|---|---|---|---|---|
| 07/06/2026 - 07/12/2026 | Manheim Palm Beach - Corporate - 167 | Reg | 5.00 | $14.00 | $70.00 | 9.50 | $133.00 |
| 07/06/2026 - 07/12/2026 | Manheim's Lauderdale-Miami Auto Auction | Reg | 4.50 | $14.00 | $63.00 | 9.50 | $133.00 |
| 07/06/2026 - 07/12/2026 | Manheim Palm Beach - Corporate - 167 | Performance Re | 1.00 | $20.00 | $20.00 | 1.00 | $20.00 |

| Tax Name | Taxable Grs. | Tax Amt | YTD Tax |
|---|---|---|---|
| Federal Income Ta | $153.00 | $0.00 | $0.00 |
| FICA EE | $153.00 | $9.49 | $9.49 |
| MED EE | $153.00 | $2.22 | $2.22 |

| Bank Name | Amount | Account No |
|---|---|---|
| Rapid! PayCard | $141.29 | ####9979 |

| | |
|---|---|
| **YTD Gross** | $153.00 |
| **Gross Amt.** | $153.00 |
| **Net Amt.** | $141.29 |

| | |
|---|---|
| **Check Number** | 46015276 |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Miami District Office**

Miami Tower
100 SE 2nd Street, Suite 1500
Miami, FL 33131
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Miami Direct Dial: (786) 648-5790
FAX (305) 808-1758
Website: www.eeoc.gov

May 14, 2026

Jennifer Hines
P.O. Box 8617
Delray Beach, FL  33482

Re:   Jennifer Hines v. Carington Manor
      EEOC Charge Number: 510-2025-07242

Dear Ms. Hines;

I am the investigator assigned to the case you filed against the above-mentioned Respondent. The position statement was released to you for your review, and you were provided with an opportunity for rebuttal or response to the information contained in the position statement.

We completed the investigation and reviewed the evidence obtained, including the information you provided. Based on our review of the evidence, it is unlikely that additional investigation will result in a violation of the statute(s) we enforce. Therefore, the EEOC has completed the administrative processing of your charge and is issuing you a Determination and Notice of Rights, which will allow you to pursue your claim further by filing a private lawsuit within ninety (90) days of receipt of the Notice.

Please login to the portal to download the Determination and Notice of Rights.

Sincerely,

*Antonio Castillo*

INVESTIGATOR

cc:

**YOUR PERSONAL PRESCRIPTION INFORMATION**
**Your Walgreens Pharmacy Location**
1103 US HIGHWAY 331 S
DEFUNIAK SPRINGS,FL 324353383
(850) 951-9880

# Walgreens

Page 1 of 2

IF YOU HAVE QUESTIONS ABOUT YOUR PRESCRIPTION, PLEASE CONTACT YOUR WALGREENS PHARMACIST OR CALL 1-800-WALGREENS.

| *Walgreens* | Customer Receipt |
|---|---|
| **JENNIFER HINES**<br>1022 N 20 ST<br>DEFUNIAK SPRINGS, FL 32435<br>(954) 366-8115 | |

**RX # 1563312-09914**     DATE: 08/21/25

**METHIMAZOLE 10MG TABLETS**
QTY: 60     1 REFILL BEFORE 08/21/26
New E     NDC : 64380-0213-01

**$ 15.25**

PBR: WILLIAM NECAISE     PLAN: SNGLECRE
MFG: STRIDES     GROUP #: 851343
XXX/DXN/DXN/ /DRM     CLAIM REF #: 1128346645

| *Walgreens* | Duplicate Receipt |
|---|---|
| **JENNIFER HINES**<br>1022 N 20 ST<br>DEFUNIAK SPRINGS, FL 32435<br>(954) 366-8115 | |

**RX # 1563312-09914**     DATE: 08/21/25

**METHIMAZOLE 10MG TABLETS**
QTY: 60     1 REFILL BEFORE 08/21/26
New E     NDC : 64380-0213-01

**$ 15.25**

PBR: WILLIAM NECAISE     PLAN: SNGLECRE
MFG: STRIDES     GROUP #: 851343
XXX/DXN/DXN/ /DRM     CLAIM REF #: 1128346645

## DIRECTIONS: TAKE 1 TABLET BY MOUTH TWICE DAILY

**GENERIC INGREDIENT:** Methimazole(meth IM a zole)

**COMMON USES:** It is used to treat an overactive thyroid gland.

**BEFORE USING THIS MEDICINE:** WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR: If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.This drug may interact with other drugs or health problems.Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

**HOW TO USE THIS MEDICINE:** HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well. HOW DO I STORE AND/ OR THROW OUT THIS DRUG? Store at room temperature in a dry place. Do not store in a bathroom.Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I MISS A DOSE? Take a missed dose as soon as you think about it.If it is close to the time for your next dose, skip the missed dose and go back to your normal time.Do not take 2 doses at the same time or extra doses.

**CAUTIONS:** Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.Have blood work checked as you have been told by the doctor. Talk with the doctor.Some blood vessel problems have happened with this drug. Sometimes, this has led to severe health problems like kidney problems, nerve problems, and bleeding in the lungs. If you have questions, talk with the doctor.This drug may cause harm to the unborn baby if you take it while you are pregnant, especially in the first trimester.If you are pregnant or you get pregnant while taking this drug, call your doctor right away.Tell your doctor if you are breast-feeding. You will need to talk about any risks to your baby.Have your baby's thyroid checked if you are using this drug and breast-feeding.

**POSSIBLE SIDE EFFECTS:** WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.Signs of liver problems like dark urine, tiredness, decreased appetite, upset stomach or stomach pain, light-colored stools; throwing up, or yellow skin or eyes.Signs of kidney problems like unable to pass urine, change in how much urine is passed, blood in the urine, or a big weight gain. Signs of lupus like a rash on the cheeks or other body parts, sunburn easy, muscle or joint pain, chest pain or shortness of breath, or swelling in the arms or legs.Signs of low blood sugar like dizziness, headache, feeling sleepy, feeling weak, shaking, a fast heartbeat, confusion, hunger, or sweating.

Shortness of breath.Coughing up blood. Swelling.A burning, numbness, or tingling feeling that is not normal.Swollen gland.Low blood cell counts have happened with this drug. If blood cell counts get very low, this can lead to bleeding problems, infections, or anemia. Call your doctor right away if you have signs of infection like fever, chills, or sore throat; any unexplained bruising or bleeding; or if you feel very tired or weak. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:Itching.Change in taste.Feeling sleepy.Headache.Muscle or joint pain.Hair loss.Upset stomach or throwing up.Stomach pain.Change in color of skin.These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.You may report side effects to the FDA at 1- 800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

**GENERAL DRUG FACTS:** If your symptoms or health problems do not get better or if they become worse, call your doctor.Do not share your drugs with others and do not take anyone else's drugs.Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

Call your doctor for medical advice about side effects.
You may report side effects to FDA at 1-800-FDA-1088.

Do not flush unused medications or pour down a sink or drain.

**KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.**

# Your personal prescription information

**Your Walgreens Pharmacy Location**
1103 Us Highway 331 S
Defuniak Springs, FL  324353383
(850)951-9880

If you have questions about your prescription, please contact your Walgreens pharmacist or call  800-WALGREENS (800-925-4733).

| | |
|---|---|
| **PATIENT**   JENNIFER HINES | |
| **BIRTH DATE**   09/29/72 | **DOCTOR**   L. ALBANESE, APN |
| **MEDICATION**   PROPRANOLOL 10MG TABLETS | |
| **QUANTITY**   90 | **PATIENT** **ALLERGIES**   <ALLERGY HISTORY NOT KNOWN> |
| **DIRECTIONS**   TAKE 1 TABLET(10 MG) BY MOUTH THREE TIMES DAILY | |

**DRUG DESCRIPTION**

ORANGE
FRONT: P 10

**GENERIC INGREDIENT:** Propranolol Tablets(proe PRAN oh lole)

**BRAND NAMES:** Inderal

**COMMON USES:** It is used to treat high blood pressure.It is used to treat chest pain or pressure. It is used to help certain heart problems.It is used to prevent migraine headaches.It is used to treat products that may raise blood pressure. These include cough or cold drugs, diet pills, stimulants, non-steroidal anti-inflammatory drugs (NSAIDs) like ibuprofen or naproxen, and some natural products or aids.If you have had a very bad allergic reaction, talk with your doctor. You may have a chance of an even worse reaction if you come into contact with what caused your allergy. If you use epinephrine to treat very bad allergic reactions, talk with your doctor. Epinephrine may not work as well while you are taking this drug. Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You will need to talk about the benefits and risks to you and the baby.

**POSSIBLE SIDE EFFECTS:** WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY?

**WARNING/CAUTION:** Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, tongue, or throat.Signs of low blood sugar like

WIC#986638

**Keep out of reach of children: Store in safety container or secure area.**

---

**JENNIFER HINES**
1022 N 20 St, Defuniak Springs, FL  32435
(954)366-8115
**RX #  1658617-09914**
DATE: 04/06/26
**PROPRANOLOL 10MG TABLETS**
QTY:90       2 REFILLS BEFORE 03/23/27
Copy         NDC:83980-0005-10

$  13.73

L. ALBANESE, APN
MFG:UNICHEM
ANK/AEG/AEG/  /SJB

PLAN: SNGLECRE
GROUP# 851343
CLAIM REF#  1301064954

*Walgreens*
1103 US HIGHWAY 331 S DEFUNIAK SPRINGS, FL  324353
PH: (850)951-9880

**Customer receipt**

Pharmacy use only

**JENNIFER HINES**
1022 N 20 St, Defuniak Springs, FL  32435
(954)366-8115
**RX #  1658617-09914**
DATE: 04/06/26
**PROPRANOLOL 10MG TABLETS**
QTY:90       2 REFILLS BEFORE 03/23/27
Copy         NDC:83980-0005-10

$  3.73

L. ALBANESE, APN
MFG:UNICHEM
ANK/AEG/AEG/  /SJB

PLAN: SNGLECRE
GROUP# 851343
CLAIM REF#  1301064954

*Walgreens*
1103 US HIGHWAY 331 S DEFUNIAK SPRINGS, FL  324353
PH:(850)951-9880

**Duplicate receipt**

MON   12:16PM
Copy

PROPRANOLOL 10MG TABLETS
83980-**0005**-10
ALPHA

QTY 90
30 DRAM

ORANGE
FRONT: P 10

ANK/AEG/AEG/  /SJB

**YOUR PERSONAL PRESCRIPTION INFORMATION**
**Your Walgreens Pharmacy Location**
1103 US HIGHWAY 331 S
DEFUNIAK SPRINGS,FL 324353383
(850) 951-9880

Page 1 of 2

*Walgreens*

IF YOU HAVE QUESTIONS ABOUT YOUR PRESCRIPTION, PLEASE CONTACT YOUR WALGREENS PHARMACIST OR CALL 1-800-WALGREENS.

| *Walgreens* | Customer Receipt |
|---|---|
| **JENNIFER HINES** | |

1022 N 20 ST
DEFUNIAK SPRINGS, FL 32435
(954) 366-8115

**RX # 1561193-09914**   DATE: 09/14/25

**MIRTAZAPINE 30MG TABLETS**
QTY: 30    2 REFILLS BEFORE 08/15/26
Refill    NDC : 13107-0003-05

$ 26.94

PBR: WILLIAM NECAISE    PLAN: SNGLECRE
MFG: AUROBINDO    GROUP #: 851343
YYY///DRM    CLAIM REF #: 1145118000

*Walgreens*    Duplicate Receipt
**JENNIFER HINES**

1022 N 20 ST
DEFUNIAK SPRINGS, FL 32435
(954) 366-8115

**RX # 1561193-09914**   DATE: 09/14/25

**MIRTAZAPINE 30MG TABLETS**
QTY: 30    2 REFILLS BEFORE 08/15/26
Refill    NDC : 13107-0003-05

$ 26.94

PBR: WILLIAM NECAISE    PLAN: SNGLECRE
MFG: AUROBINDO    GROUP #: 851343
YYY///DRM    CLAIM REF #: 1145118000

**DIRECTIONS:** TAKE 1 TABLET(30 MG) BY MOUTH EVERY NIGHT AT BEDTIME

**GENERIC INGREDIENT:** Mirtazapine Tablets(mir TAZ a peen)

**BRAND NAMES:** Remeron

**WARNING:** Drugs like this one have raised the chance of suicidal thoughts or actions in children and young adults. The risk may be greater in people who have had these thoughts or actions in the past. All people who take this drug need to be watched closely. Call the doctor right away if signs like depression, nervousness, restlessness, grouchiness, panic attacks, or changes in mood or actions are new or worse. Call the doctor right away if any thoughts or actions of suicide occur.This drug is not approved for use in children. Talk with the doctor.

**COMMON USES:** It is used to treat depression.It may be given to you for other reasons. Talk with the doctor.

**BEFORE USING THIS MEDICINE:** WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR: If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.If you are taking any of these drugs: Certain drugs used for anxiety, sleep, or other health problems like alprazolam or diazepam. If you have taken certain drugs for depression or Parkinson's disease in the last 14 days. This includes isocarboxazid, phenelzine, tranylcypromine, selegiline, or rasagiline. Very high blood pressure may happen.If you are taking any of these drugs: Linezolid or methylene blue.This is not a list of all drugs or health problems that interact with this drug.Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

**HOW TO USE THIS MEDICINE:** HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.Take at bedtime if it causes sleepiness.Take with or without food.Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature protected from light. Store in a dry place. Do not store in a bathroom.Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I MISS A DOSE? Take a missed dose as soon as you think about it.If it is close to the time for your next dose, skip the missed dose and go back to your normal time.Do not take 2 doses at the same time or extra doses.

**CAUTIONS:** Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.It may take several weeks to see the full effects.Do not stop taking this drug all of a sudden without calling your doctor. You may have a greater risk of side effects. If you need to stop this drug, you will want to slowly stop it as ordered by your doctor. Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.Some people may have a higher chance of eye problems with this drug. Your doctor may want you to have an eye exam to see if you have a higher chance of these eye problems. Call your doctor right away if you have eye pain, change in eyesight, or swelling or redness in or

around the eye.Low white blood cell counts have rarely happened with this drug. This may lead to a higher chance of getting an infection. Tell your doctor if you have ever had a low white blood cell count. Call your doctor right away if you have signs of infection like fever, chills, or sore throat.An unsafe heartbeat that is not normal (long QT on ECG) has happened with this drug. Sudden deaths have rarely happened in people taking this drug. Talk with the doctor.This drug may cause high cholesterol and triglyceride levels. Talk with the doctor.Have blood work checked as you have been told by the doctor. Talk with the doctor.Avoid drinking alcohol while taking this drug.Talk with your doctor before you use marijuana, other forms of cannabis, or prescription or OTC drugs that may slow your actions.If you are 65 or older, use this drug with care. You could have more side effects. Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You will need to talk about the benefits and risks to you and the baby.

**POSSIBLE SIDE EFFECTS:** WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.Signs of low sodium levels like headache, trouble focusing, memory problems, feeling confused, weakness, seizures, or change in balance.Redness or irritation of the palms of hands or soles of feet.Flu-like signs.Mouth irritation or mouth sores.Restlessness.Fast or abnormal heartbeat. Very bad dizziness or passing out.Joint pain.A severe and sometimes deadly problem called serotonin syndrome may happen. The risk may be greater if you also take certain other drugs. Call your doctor right away if you have agitation; change in balance; confusion; hallucinations; fever; fast or abnormal heartbeat; flushing; muscle twitching or stiffness; seizures; shivering or shaking; sweating a lot; severe diarrhea, upset stomach, or throwing up; or very bad headache. Severe skin reactions may happen with this drug. These include Stevens-Johnson syndrome (SJS), toxic epidermal necrolysis (TEN), and other serious reactions. Sometimes, body organs may also be affected. These reactions can be deadly. Get medical help right away if you have signs like red, swollen, blistered, or peeling skin; red or irritated eyes; sores in your mouth, throat, nose, eyes, genitals, or any areas of skin; fever; chills; body aches; shortness of breath; or swollen glands. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:Feeling dizzy, sleepy, tired, or weak.Constipation.Dry mouth.Increased appetite.Weight gain.Strange or odd dreams.These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

**GENERAL DRUG FACTS:** If your symptoms or health problems do not get better or if they become worse, call your doctor.Do not share your drugs with others and do not take anyone else's drugs.This drug comes with an extra patient fact sheet called a Medication Guide. Read it with care. Read it again each time this drug is refilled. If you have any questions about this drug, please talk with the doctor, pharmacist, or

Call your doctor for medical advice about side effects.
You may report side effects to FDA at 1-800-FDA-1088.

Do not flush unused medications or pour down a sink or drain.

**KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.**



## How should I take mirtazapine tablets?

- Take mirtazapine tablets exactly as your healthcare provider tells you to. Do not change your dose or stop taking mirtazapine without first talking to your healthcare provider.
- Your healthcare provider may need to change the dose of mirtazapine until it is the right dose for you.
- Take mirtazapine 1 time each day, preferably in the evening at bedtime.
- If you take too much mirtazapine call your healthcare provider or poison control center at 1-800-222-1222 right away or go to the nearest hospital emergency room.

## What should I avoid while taking mirtazapine?

- Do not drive, operate heavy machinery, or do other dangerous activities until you know how mirtazapine affects you. Mirtazapine can cause sleepiness or may affect your ability to make decisions, think clearly, or react quickly.
- Avoid drinking alcohol during treatment with mirtazapine.
- Avoid taking medicines used to treat anxiety, insomnia, and seizures, called benzodiazepines, during treatment with mirtazapine. Ask your healthcare provider if you are not sure if you take one of these medicines.

## What are the possible side effects of mirtazapine?

**Mirtazapine may cause serious side effects, including:**

- See, **"What is the most important information I should know about mirtazapine tablets?"**
- **Low white blood cell count.** Tell your healthcare provider right away if you develop any signs or symptoms of a low white blood cell count, including:
  - o fever
  - o chills
  - o sore throat
  - o mouth or nose sores
  - o flu-like symptoms
  - o infections
- **Serotonin syndrome.** A potentially life-threatening problem called serotonin syndrome can happen when you take mirtazapine with certain other medicines. See, **"Who should not take mirtazapine?"** Stop taking mirtazapine and call your healthcare provider or go to the nearest hospital emergency room right away if you have any of the following signs and symptoms of serotonin syndrome:
  - o agitation
  - o confusion
  - o fast heart beat
  - o dizziness
  - o flushing
  - o tremors, stiff muscles, or muscle twitching
  - o seizures
  - o seeing or hearing things that are not real (hallucinations)
  - o coma
  - o blood pressure changes
  - o sweating
  - o high body temperature (hyperthermia)
  - o loss of coordination
  - o nausea, vomiting, diarrhea
- **Eye problems (angle-closure glaucoma).** Mirtazapine may cause a certain type of eye problem called angle-closure glaucoma. Call your healthcare provider if you have eye pain, changes in your vision, or swelling or redness in or around the eye. Only some people are at risk for these problems. You may want to undergo an eye examination to see if you are at risk and receive preventative treatment if you are.
- **Heart rhythm problems.**
- **Severe skin reaction.** Mirtazapine may cause a severe skin reaction that may include rash, fever, swollen glands, and other organ involvement such as liver, kidney, lung and heart. The reaction may sometimes be fatal. Tell your healthcare provider right away if you experience any of these signs.
- **Increased appetite and weight gain.**
- **Sleepiness. See, "What should I avoid while taking mirtazapine?"**

- **Mania or hypomania (manic episodes)** in people who have a history of bipolar disorder. Symptoms may include:
  - o greatly increased energy
  - o racing thoughts
  - o unusually grand ideas
  - o talking more or faster than usual
  - o severe trouble sleeping
  - o reckless behavior
  - o excessive happiness or irritability
- **Seizures (convulsions).**
- **Increased fat levels (cholesterol and triglycerides) in your blood.**
- **Low sodium levels in your blood (hyponatremia).** Low sodium levels in your blood may be serious and may cause death. Elderly people may be at greater risk for this. Signs and Symptoms of low sodium levels in your blood may include:
  - o headache
  - o memory changes
  - o weakness and unsteadiness on your feet which can lead to falls
  - o difficulty concentrating
  - o confusion

  **In severe or more sudden cases, signs and symptoms include:**
  - o hallucinations (seeing or hearing things that are not real)
  - o fainting
  - o coma
  - o seizures
  - o death
  - o respiratory arrest
- **Changes in liver function tests.**
- **Discontinuation syndrome.** Suddenly stopping mirtazapine may cause you to have serious side effects. Your healthcare provider may want to decrease your dose slowly. Symptoms may include:
  - o dizziness
  - o confusion
  - o irritability and agitation
  - o electric shock sensation (paresthesia)
  - o anxiety
  - o sweating
  - o shaking (tremor)
  - o seizures
  - o headache
  - o ringing in your ears (tinnitus)
  - o abnormal dreams
  - o nausea and vomiting
  - o changes in your mood
  - o problems sleeping
  - o hypomania
  - o tiredness

**The most common side effects of mirtazapine include:**

- sleepiness
- increased appetite
- weight gain
- dizziness

These are not all the possible side effects of mirtazapine.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

## How should I store mirtazapine tablets?

- Store mirtazapine tablets at room temperature between 68°F to 77°F (20°C to 25°C).
- Keep mirtazapine away from light and moisture.

**Keep mirtazapine and all medicines out of the reach of children.**

## General information about the safe and effective use of mirtazapine.

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use mirtazapine for a condition for which it was not prescribed. Do not give mirtazapine to other people, even if they have the same symptoms that you have. It may harm them. You can ask your healthcare provider or pharmacist for information about mirtazapine that is written for healthcare professionals.

## What are the ingredients in mirtazapine tablets?

**Active ingredient:** mirtazapine

**Inactive ingredients:** If you need more information about the inactive ingredients in this medicine ask your pharmacist for a complete list.

This Medication Guide has been approved by the U.S. Food and Drug Administration                                        Revised: 11/2021

April 30, 25

To whom this may concern; I Jennifer Hines was fired the next day after, I reported my income, my son Teon was fired the same day we asked why Ms. April Pulse said She don't have to tell us why, All I know is my co-worker Jennifer said my other co-worker was going to set me up & get me fired, she don't like me. We was told we can't come back on the property, she told me to call H.R/Wilson in Destin FL. I asked could he provide me with a letter stating, we was fired, He said Caring manor or H.R cannot provide a letter & they will not provide a letter, I don't know what else to do, I tried calling, texting ,etc. They don't respond.

Sincerely

Jennifer Hines

- Signature _____
- Date _____

- Notary Signature _____
- Date _____



ISAIAH MOORE
Notary Public - State of Florida
Commission # HH 598116
My Comm. Expires Oct 1, 2028
Bonded through National Notary Assn.